Thaddeus B. Brown, for appellants; no appearance for appellees. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed January 30, 1952; released for publication April 2, 1952.

Julius Kelly, Plaintiff-Appellee, v. Charles Kelly, Trading as Cicero Pressing Machine Service, Defendant-Appellant.

Gen. No. 45,480.

Alfred M. Loeser, for appellant; no appearance for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed January 30, 1952; released for publication April 2, 1952.

Ruth Achilli and Gertrude A. Gromer, Trading as Elgin Acceptance Company, Appellants, v. Paul M. Alongi, Appellee.

Gen. No. 45,533.